UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,     Plaintiff,      v.  $150,000.00 IN UNITED STATESCURRENCY, SEIZED FROM REGIONSBANK ACCOUNT NO. 6001303610,     Defendant. | )))))   CIVIL ACTION NO. 10-12038-DJC)))))) |

**JOINT MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE, and**
**ORDER RELEASING OTHER PROPERTY**

The parties in this civil action, by and through their undersigned counsel, jointly move that this Court endorse the proposed Final Judgment and Order of Forfeiture and Order Releasing Other Property submitted herewith, ordering the forfeiture to the United States of the defendant property, that is, the agreed amount of $150,000.00, together with any interest or other return actually earned on that $150,000.00 portion of certain United States funds, duly seized from Regions Bank Account No. 6001303610, in the name of Joya Industries, Inc. (the "Forfeited Property"), pursuant to Title 18, United States Code, Sections 981(a)(1)(A) and 984, and releasing other related seized property.

In support of this Motion, the parties state that they have settled this action, and after due notice, no claims other than the claim filed by Joya Industries, Inc. have been filed to the Forfeited Property.

                Respectfully submitted,

                CARMEN M. ORTIZ
                United States Attorney,

                /s/ Mary B. Murrane
                Neil J. Gallagher
                Mary B. Murrane
                Assistant United States Attorneys
                United States Courthouse
                1 Courthouse Way , Suite 9200
                Boston, MA  02210
                (617) 748-3100

                JOYA INDUSTRIES, INC.
                By Its Attorney,

                Manuel F. Fente
                Manuel F. Fente
                Attorney at Law
                1110 Brickell Avenue
                Seventh Floor, Suite #700
                Miami, FL  33131

Date:   March 31, 2011            (305) 379-4900

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing documents were filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

                /s/ Mary B. Murrane
                Mary B. Murrane
Date: March 31, 2011            Assistant United States Attorney